# EXHIBIT 7

# Cheryl Mondi

**From:** Cheryl Mondi
**Sent:** Thursday, March 20, 2014 10:45 AM
**To:** 'James Lessmeister'
**Subject:** RE: dep fee

Jim,

American States needs the Tax ID number to pay the invoice.

Regards,

Cheryl

**From:** James Lessmeister [mailto:jlessmeister@wolinlaw.com]
**Sent:** Wednesday, March 12, 2014 2:09 PM
**To:** Cheryl Mondi
**Subject:** FW: dep fee

Cheryl:

Please pay directly to Mr. Harej his invoice for the deposition.

Regards,

Jim Lessmeister

**From:** Wayne Harej [mailto:wharej@yahoo.com]
**Sent:** Tuesday, March 11, 2014 8:16 PM
**To:** James Lessmeister
**Subject:** dep fee

Plaintiff Chicago Imports Inc v Defendant American States Insurance
4150 N Knox, Chicago, Illinois
Case Number: 09-cv-02885

FISHER KANARIS, P.C.
Ms. Cheryl L. Mondi
On behalf of Defendant

On Oct. 7, 2013, I was deposed on behalf of Chicago Imports Inc by Defendant's Attorney, Ms. Cheryl L. Mondi for seven hours at a rate of
$125.00 per hour for a total fee due of $875.00.

Please remit to:
Wayne Harej
750 S. 10th Ave.
La Grange, Illinois 60525
773 582 1205