# EXHIBIT 9

# FISHER KANARIS, P.C.
## ATTORNEYS AT LAW

Writer's Direct Dial
312-879-1508

E-Mail Address
CMondi@fisherkanaris.com

February 14, 2013

Mr. James Lessmeister
Wolin & Rosen, Ltd.
55 West Monroe Street
Suite 3600
Chicago, IL 60603

Re: Chicago Import, Inc. vs. American States Insurance Company
Claim Number: 100950633015
Our file No: 09-1494

Dear Mr. Lessmeister:

Enclosed please find an invoice from SEA relative to the deposition of Sam Sudler. Please remit payment directly to SEA. As always, should you have any questions, please do not hesitate to contact me.

Very truly yours,

**FISHER KANARIS, P.C.**

Cheryl L. Mondi

CLM
enclosure
E:\09-1494\Correspondence\Lessmeister.002.doc



Corporate Information:
7349 Worthington-Galena Road
Columbus, Ohio 43085
www.SEAlimited.com
410.987.1077 * 800.635.9507

Please Remit Payment To:
SEA, Ltd.
P.O. Box 71-4871
Columbus, Ohio 43271
*** Terms Net 30 ***

Fisher Kanaris, P.C.
Cheryl L. Mondi, Esq.
200 Wacker Drive, 22nd Floor
Chicago, IL 60606

Date: January 31, 2014
SEA Invoice No. 7355658
SEA Project No. 611672
Federal ID. No. 72-1569235

RE: Deposition - Chicago Imports v. American States
Safeco Claim No. 1009
Date of Loss: 05/12/2007

Charges posted through January 31, 2014
Please reference SEA Invoice No. 7355658

### Professional Services:

| | Hours | Amount |
|---|---|---|
| Samuel Sudler, P.E. | | |
| 01/31/14 Trial or Deposition - Deposition in Chicago, IL | 8.00 | 2,040.00 |
| Total | 8.00 | $ 2,040.00 |
| Total Professional Services | 8.00 | $ 2,040.00 |

### Total This Invoice:

| | | Amount |
|---|---|---|
| Total Services | $ | 2,040.00 |
| Total Expenses | | 0.00 |
| Total This Invoice | $ | 2,040.00 |

Please Remit Payment To:
SEA, Ltd.
P.O. Box 71-4671
Columbus, Ohio 43271
***Terms Net 30***

Page 1

ATLANTA · BALTIMORE/WASHINGTON · CHARLOTTE · CHICAGO · CLEVELAND · COLUMBUS · FORT LAUDERDALE · HOUSTON · ST. LOUIS · TAMPA