# EXHIBIT 10

# Cheryl Mondi

**From:** Cheryl Mondi
**Sent:** Friday, March 21, 2014 12:37 PM
**To:** jlessmeister@wolinlaw.com
**Subject:** Chicago Import v. American States - SEA Invoice 7355658
**Attachments:** SKMBT_C22014032110321 (2).pdf

Jim,

Attached is another invoice received from Sam Sudler relative to his deposition.

Regards,

Cheryl

Cheryl L. Mondi
Fisher Kanaris, P.C.
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Direct Dial: (312) 879-1508
Fax: (312) 474-1410
cmondi@fisherkanaris.com

The information contained in this e-mail message is CONFIDENTIAL information intended for the use of the individual or entity named above. The information in this e-mail is sent by an attorney or his/her agent and may be protected by attorney/client privilege, work product protection, or other legal rules. This message can be traced to all recipients. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone (toll free) at 1-877-244-1400 or 1-312-474-1400 and delete the original message.



Corporate Information:
7349 Worthington-Galena Road
Columbus, Ohio 43085
www.SEAlimited.com
FAX: 614.888.6837

Baltimore/Washington Office:
1110 Benfield Blvd., Suite B
Millersville, Maryland 21108
410.987.1077 * 800.635.9507

Fisher Kanaris, P.C.
Cheryl L. Mondi, Esq.
200 Wacker Drive, 22nd Floor
Chicago, IL 60606

PAST DUE STATEMENT

Activity Through 03/13/14
SEA Project No. 611672
Federal ID. No. 72-1569235

RE: Deposition - Chicago Imports v. American States
Safeco Claim No. 1009
Date of Loss: 05/12/2007

Please reference SEA Invoice No(s). on your remittance

| Invoice Date | Invoice Number | Invoice Amount | Payments | Unpaid Amount |
|---|---|---|---|---|
| 01/31/14 | 7355658 | $2,040.00 | $0.00 | $2,040.00 |
| | | TOTAL DUE | | $2,040.00 |

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 |
|---|---|---|---|---|
| $0.00 | $2,040.00 | $0.00 | $0.00 | $0.00 |

**Please Remit Payment To:**
SEA, Ltd.
P.O. Box 71-4672
Columbus, Ohio 43271
***Terms Net 30***

We appreciate your business. However, your account is now past due. If you have any questions or concerns regarding this account, please contact our accounts receivable department as soon as possible. If not, your prompt payment of the amounts owed will be appreciated.

ATLANTA · BALTIMORE/WASHINGTON · CHARLOTTE · CHICAGO · CLEVELAND · COLUMBUS · FORT LAUDERDALE · HOUSTON · ST. LOUIS · TAMPA