# EXHIBIT 15




AIG - 2
$1,00,000.00

5/2/07



CHICAGO IMPORT, INC. 04-00
3311 W. MONTROSE AVE  PH 773-588-3300
CHICAGO, IL 60618

24398

Date 05/11/2007

Pay to the order of  SUNSHINE FILMS INC     $ 100000=00

One hundred thousand dollars & 00/100 only

FOSTER BANK

INVOICE# 79045 dt 05/02/2007

⑈024398⑈ ⑆071005282⑆  111070⑈

(3A)

ASI0001025



**SUNSHINE FILMS, INC**
7800 AIRPORT BUSINESS PARKWAY
VAN NUYS, CA 91406
USA

# Invoice

Invoice Number:
79045

Invoice Date:
May 2, 2007

Page:
1

Voice: 818-901-6350
Fax: 818-901-6358
Email: sunshine.sales@att.net

Duplicate

Sold To:
CHICAGO IMPORT
3311 WEST MONTROSE AVE
CHICAGO, IL 60618

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| chicago import | | PREPAID | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HOUSE | TRUCK | | 5/2/07 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 100,000.00 | | DVDS IQRK | 1.00 | 100,000.00 |
| | | 26 PALLETS | | |

Paid # 24398
dr 5/11/2007
$ 100,000.00

Check/Credit Memo No:

**Notice:**
**If suit is instituted to collect this account, BUYER agrees to pay all attorney fees, interest and court cost. 1 1/2 per month interest charge on balances 30 days or older ( 18% )**

Subtotal  100,000.00
Sales Tax
Total Invoice Amount  100,000.00
Payment/Credit Applied
TOTAL  100,000.00

ASI0001026

cont # PACU 890593
Seil # 021062

Chicago Import        5-2-07

26  81 x 100  White 5HR (A)
25  81 x 100  White 5HR (B)
24  81 x 100  Black 6HR (B)
23  81 x 100  Asian
22  81 x 100  Japanese
21  81 x 100  Lesbians Asst
20  81 x 100  White 6HR (A)
19  81 x 100  White 6HR (B)
18  81 x 100  Black 5HR
17  81 x 100  Black 5HR
16  81 x 100  Latinas 6HR
15  81 x 100  Latinas 6HR
14  81 x 100  Latinas 6HR
13  81 x 100  Black 6HR (A)
12  81 x 100  Black 6HR (A)
11  81 x 100  White 6HR (C)
10  81 x 100  White 6HR (C)
9   81 x 100  White 6HR (B)
8   81 x 100  White 5HR (B)
7   81 x 100  White 5HR (A)
6   81 x 100  Shemale 4HR
5   81 x 100  Black 6HR (B)
4   144 x 50  Special
3   144 x 50  Black 4HR (N)
2   144 x 50  Black 6HR (N)
1   52 x 100  White 6HR (B) and Jenna

8100 x 22 = 178,200
              24,600
               5,200
              305,000

81,100
7200 x 3
144 x 50    52 x 100    48,72(?)

ASI0001027